IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER TUCKER,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| VS. | : | |
| | : | CIVIL No: 5:15-CV-0445-CAR-MSH |
| **UNKNOWN,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

Plaintiff Christopher Tucker, an inmate now confined at Valdosta State Prison, in Valdosta, Georgia, filed a pleading in this Court in which he expresses his intent to file a civil rights action pursuant to 42 U.S.C. § 1983. Because Plaintiff did not submit his pleading on a standard complaint form or pay the required filing fee, he was ordered to recast his complaint and either pre-pay the $350.00 filing fee or file a motion to proceed *in forma pauperis*. It appears that Plaintiff did comply with this order, but his pleadings were filed as new action: *Tucker v. Merritt*, 5:15-cv-467-MTT. The **CLERK** is thus **ORDERED** to administratively close this action, 5:15-cv-0445, as duplicative. Plaintiff shall proceed with his claims under 5:15-cv-467.

**SO ORDERED** this 26th day of February, 2015.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE